[Cite as *05/06/2002 Case Announcements*, 2002-Ohio-2167.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *May 6, 2002*

## MISCELLANEOUS ORDERS

In re Report of the Commission :
on Continuing Legal Education. :
                                :                    ENTRY
Michael Robert Spreng           :
( # 0038110),                   :
Respondent.

This matter originated in this court on the filing of a report by the Commission on Continuing Legal Education (the "commission") pursuant to Gov.Bar R. X(6)(A)(1)(b) and (A)(2)(d). The commission recommended the imposition of sanctions against certain attorneys, including the above-named respondent, for failure to comply with the provisions of Gov.Bar R. X, Attorney Continuing Legal Education, for the 1999–2000 reporting period.

On April 5, 2002, this court adopted the recommendation of the commission, imposed a sanction fee upon the respondent, and suspended the respondent from the practice of law pursuant to Gov.Bar R. X(6)(B)(3), and Gov.Bar R. X(5)(A)(4). The court further ordered that respondent shall not be reinstated to the practice of law in Ohio until respondent complies with the requirements for reinstatement set forth in Gov.Bar R. X(7); respondent complies with the Supreme Court Rules for the Government of the Bar of Ohio; respondent complies with this and all other orders of the court; and this court orders respondent reinstated.

On May 1, 2002, the commission filed a recommendation pursuant to Gov.Bar R. X(7)(B)(2), finding that the respondent has paid all fees assessed for noncompliance, has made up all deficiencies and is now in full compliance with all requirements of Gov.Bar R. X, and recommending that the respondent be reinstated to the practice of law in Ohio. On May 1, 2002, the commission certified that respondent had completed the credit hours of continuing legal education required during his suspension by this court's order of suspension. Upon consideration thereof,

IT IS ORDERED by the court that the recommendation of the commission is adopted and respondent, Michael Robert Spreng, is hereby reinstated to the practice of law.

[Cite as *05/09/2002 Case Announcements*, 2002-Ohio-2201.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *May 9, 2002*

## MERIT DECISIONS WITHOUT OPINIONS

2002–0251. **In re Application of John Doe.**
Board of Commissioners on Character and Fitness, No. 198. On February 8, 2002, the Board of Commissioners on Character and Fitness filed its final report in this court pursuant to Gov.Bar R. I(12)(E), recommending that the applicant, John Doe, not be approved for admission to the practice of law and that he not be permitted to reapply. Upon consideration thereof,

IT IS ORDERED by the court that the recommendation of the board is accepted. The applicant is denied admission to practice in Ohio and shall not be permitted to reapply.

Moyer, C.J., Douglas, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

Resnick, J., dissents in part because she would not seal the record.